UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ROBERT FRANCIS, JR. and           CIVIL ACTION NO. 6:07-cv-2205
RAYMOND LAMBERT

VERSUS                            JUDGE HAIK

NITE CAPS, INC., ET AL.           MAGISTRATE JUDGE HANNA

**ORDER**

Currently pending before the Court is the motion of the plaintiffs, Robert Francis, Jr. and Raymond Lambert, seeking to have defendant Nite Caps, Inc. held in contempt of court for failure to appear for a previously-scheduled judgment debtor examination, seeking to have Drea Spells, the general manager of Nite Caps, Inc. incarcerated, and/or seeking to recover attorneys' fees (Rec. Doc. 106).

The record of this matter shows:

- That judgment was entered in this matter on May 3, 2010 in favor of Raymond Lambert and against Nite Caps, Inc. in the amount of $7,500 in lost wages, plus $12,500 in pain and suffering, plus $2,114.00 in medical expenses, for a total of $22,114.00 plus judicial interest from demand. (Rec. Doc. 72).

- That judgment was entered on May 3, 2010 in favor of Robert Francis, Jr. and against Nite Caps, Inc. in the amount of $1,500 in property damage, plus $506.00 in medical expenses, plus $7,500 in pain and suffering, plus $2,500 in mental anguish, for a total of $12,006.00 plus judicial interest from demand.  (Rec. Doc. 72).

- That on April 27, 2011, following service on Nite Caps, Inc. (Rec. Doc. 84), Nite Caps, Inc. failed to appear for a judgment debtor examination which had been scheduled to be held before the undersigned. (Rec. Doc. 85).

- That the judgment creditors filed a motion to hold Nite Caps, Inc. in contempt of court for failure to appear at the judgment debtor examination. (Rec. Doc. 106).

- That Nite Caps, Inc. was served on July 25, 2012, by personal service on its manager Dre Spells, with notice that a hearing would be held on August 22, 2012.  (Rec. Doc. 110).

- That Nite Caps, Inc. did not appear at the hearing on August 22, 2012.

- That an order was issued directing Dre Spells to appear for a hearing on January 22, 2013 (Rec. Doc. 113) and show cause why he should not be held in contempt of court for his failure to appear on behalf of Nite

- Caps, Inc. at the judgment debtor rules scheduled for April 27, 2011 and August 22, 2012.

- That Mr. Spells appeared in court for the hearing on January 22, 2013 and identified Danny R. Smith as the owner of the establishment known as Nite Caps.

- That Mr. Smith appeared in court on January 23, 2013 for the judgment debtor examination. The examination was continued in order for Mr. Smith's legal counsel, Jean Ouellet, to be present. (Rec. Doc. 115).

- On February 28, 2013, Mr. Smith and Mr. Ouellet appeared in court for the judgment debtor examination, which was conducted on the record.

In connection with the judgment debtor examination,

IT IS ORDERED that Mr. Smith shall produce the following documents to the plaintiffs' counsel not later than thirty days after the date of this order:

- Documentation of the income allocated to the establishment known as Nite Caps, located at 104 McKinley Street, Lafayette, Louisiana, during the time from 2008 to 2012;

- Documentation of Danny R. Smith Enterprises, LLC's ownership of the building at 104 McKinley Street, Lafayette, Louisiana;

- Documentation of the current lease of the building;

- The account numbers assigned to the St. Martin Bank and MidSouth Bank accounts for the establishment known as Nite Caps, located at 104 McKinley Street, Lafayette, Louisiana;

- An inventory of the contents of the establishment known as Nite Caps, located at 104 McKinley Street, Lafayette, Louisiana; and

- Information concerning insurance coverage for the establishment known as Nite Caps, located at 104 McKinley Street, Lafayette, Louisiana, at the time of the incident sued upon in this lawsuit.

IT IS FURTHER ORDERED that, the judgment debtor examination having taken place, the pending motion (Rec. Doc. 106) is DENIED.

Signed at Lafayette, Louisiana, on February 28, 2013.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE